FILED
APR 22 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>ANTIONE LANG<br>  Defendant. | Case No.: ED CR07-64-RHW<br><br>ORDER OF DETENTION<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- CONTINUED SUBSTANCE ABUSE
- INSUFFICIENT BAIL RESOURCES / UNEMPLOYED
- NEW OFFENSE ON PROBATION

1

1  and/or

2  B.   ( )   The defendant has not met his/her burden of establishing by clear and
3         convincing evidence that he/she is not likely to pose a danger to the
4         safety of any other person or the community if released under 18
5         U.S.C. § 3142(b) or (c). This finding is based on the following:

6  _____
7  _____
8  _____
9  _____
10

11

12  IT THEREFORE IS ORDERED that the defendant be detained pending the further
13  revocation proceedings.

14

15  Dated:   4/22/11

16                              *signature*
                                HONORABLE DAVID T. BRISTOW
17                              United States Magistrate Judge

2