[CLERK, U.S. DISTRICT COURT — MAR 21 2012 — CENTRAL DISTRICT OF CALIFORNIA]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Antoine Long DEFENDANT(S). | CASE NUMBER EDCR07-64-RHW ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __3-21-12__, _____, at __2:30__ ☐ a.m. / ☒ p.m. before the Honorable OSWALD PARADA, in Courtroom __3__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __3/20/12__

_____
U.S. District Judge/Magistrate Judge